**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
)
**HERBERT CHARLES REGISTER,**       )
)
       **Petitioner,**               )
)
       **v.**                       )    **Civil Action No. 07-0306 (ESH)**
)
**BUREAU OF PRISONS, et al.,**      )
)
       **Respondents.**              )
_____ )

### ORDER

    In accordance with the Memorandum issued this 26th day of February, 2007, it is

    **ORDERED** that the petition for writ of habeas corpus is **DENIED**.  It is

    **FURTHER ORDERED** that the case is **DISMISSED** without prejudice.


                        _____/s/_____
                        ELLEN SEGAL HUVELLE
                        United States District Judge

DATE: February 26, 2007