UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HERBERT CHARLES REGISTER, )
)
    Petitioner, )
)
V. )   CIVIL NO. <u>07-0306-ESH</u>
)
)
)
FEDERAL BUREAU OF PRISONS, et.al, )
)
    Respondents. )

MOTION FOR RECONSIDERATION AND CORRECTION
<u>OF MEMORANDUM AND COURT ORDER</u>

    Comes now, the Petitioner, Herbert Charles Register, pro-se in the above matter and respectfully moves this Honorable Court for reconsideration of this court's order of February 26, 2007 dismissing Petitioner's 28 U.S.C. §2241 for the following reasons.

    1.   Petitioner's 28 U.S.C. §2241 is not a 28 U.S.C. §2255 motion for challenging or attacking his sentence or conviction;

    2.   Petitioner is not challenging or attacking his sentence or conviction in no way shape or form;

    3.   Petitioner is not attempting to change any ruling by his sentencing court as this court's order states;

    4.   The only request to this court is to order the correction of Petitioner's PSR to correspond with the sentencing court's order

    5.   This court has jurisdiction on the bases that the Federal Bureau of Prisons is in contempt/violation for failing or refusing

to follow the district court's sentencing order.

As stated Petitioner is <u>not</u> challenging his sentence or conviction and only requesting this court to order the correction of Petitioner's PSR. As stated in previous motion (§2241), Judge Gagliardi <u>did</u> <u>not</u> assess obstruction of justice against Petitioner, and stated it does <u>not</u> <u>apply</u>.

Petitioner is untrained in law and request this court to construe Petitioner's motion liberally in the dictates of <u>Haines v. Kerner</u>.

Respectfully requested,

*Herbert C. Register*

Herbert Charles Register
Reg. No. 16230-018
F.M.C. Lexington
P.O. Box 14500
Lexington, Kentucky 40512

### CERTIFICATE OF SERVICE

I hereby certify the above foregoing Motion For Reconsideration And Correction Of Memorandum And Court Order has been served of the following via U.S. Postal Service, postage prepaid, to:

United States District Court
Clerk's Office
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Director Harley Lappin
Federal Bureau of Prisons
320 First St., N.W.
Washington, D.C. 20534

on this 3rd. day of March, 2007.

*Herbert C. Register*
Herbert Charles Register
Reg. #16230-018